LAW OFFICES OF
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

October 11, 2021

<u>Via ECF & Email</u>
The Honorable Lewis J. Liman
United States District Court Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

REQUEST GRANTED.
The Sentencing hearing previously set for October 26, 2021 is rescheduled to January 26, 2022 at 2:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.

10/13/2021  SO ORDERED.
LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Baker, et al.*, 20-CR-288 (LJL)

Dear Judge Liman:

     I represent Kitwane Parkinson in the above referenced matter.  Mr. Parkinson is now scheduled to be sentenced on October 26, 2021. With the consent of the Government, I respectfully request Mr. Parkinson's sentence be adjourned until late January. This additional time is needed to review the Presentence Report with Mr. Parkinson, to obtain needed records, and complete an investigation into Mr. Parkinson's background to enable counsel to provide a fulsome sentencing submission to the Court.

Respectfully,

  /s/

Donna R. Newman

Cc: AUSA Mathew Andrews via email & ECF
    Kitwane Parkinson via first class mail