**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

January 16, 2022

<u>Via ECF & Email</u>
The Honorable Lewis J. Liman
United States District Court Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

> REQUEST GRANTED.
> The Sentencing hearing previously set for January 26, 2022 is rescheduled to March 1, 2022 at 3:00PM in Courtroom 15C at the 500 Pearl Street Courthouse.
>
> 1/18/2022   SO ORDERED.
> LEWIS J. LIMAN
> United States District Judge

Re:   *United States v. Baker, Kitwane Parkinson, et al.*, 20-CR-288 (LJL)

Dear Judge Liman:

      I represent Kitwane Parkinson in the above referenced matter. Mr. Parkinson is now scheduled to be sentenced on January 26, 2022. With the consent of the Government, I respectfully request Mr. Parkinson's sentence be adjourned for thirty days. Due to Covid and the lockdown at the Metropolitan Detention Center, I have been unable to complete my mitigation investigation. I have requested an updated medicals from the MDC but have not received and COVID has delayed my mitigation experts ability to finalize her report. I understand I will have the needed materials no later than two weeks which will enable me to draft and file my sentencing memorandum two weeks prior to a rescheduled sentencing date. I note that I do have a trial scheduled for January 28, 2022 which will last no longer than two weeks and i have a sentencing scheduled for February 24th in the afternoon.

Respectfully,
  /s/
Donna R. Newman
Cc: AUSA Mathew Andrews via email & ECF
    Kitwane Parkinson via first class mail