**LAW OFFICES OF**
**DONNA R. NEWMAN**
ATTORNEY AT LAW
20 VESEY STREET, SUITE 400
NEW YORK, NEW YORK 10007
TEL. 212-229-1516
FAX 212-676-7497
DONNANEWMANLAW@AOL.COM
MEMBER: N.Y. & N.J. BAR

February 14, 2022

<u>Via ECF & Email</u>
The Honorable Lewis J. Liman
United States District Court Judge
United States Courthouse
Southern District of New York
500 Pearl Street
New York, New York 10007

**REQUEST GRANTED.**

2/15/2022   SO ORDERED.

LEWIS J. LIMAN
United States District Judge

Re:   *United States v. Baker, Kitwane Parkinson, et al.*, 20-CR-288 (LJL)

Dear Judge Liman:

  Mr. Parkinson is scheduled to be sentenced by Your Honor on March 1, 2022. Accordingly, his sentencing memo is due to filed tomorrow, Tuesday February 15, 2022. I write with the consent of the Government to seek permission to file the sentencing memorandum on his behalf on Thursday March 17th. This request is made because other matters have taken more time than I anticipated, including appellate matters and district court cases. If the Court grants my request, I consent to the Government, likewise, have an additional two days in which to file its sentencing submission. I thank the Court for its consideration of this request.

Respectfully submitted,
 /s/
Donna R. Newman
cc: AUSA Mathew Andrew
  Kitwane Parkinson via first class mail